**United States District Court**
**Western District of Texas**
**El Paso Division**

FILED
03/05/2025
Clerk, U.S. District Court
Western District of Texas

By: _____MG_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | No: EP:25-M -00774(1)  ATB |
| § § | |
| **(1) GERARDO ARREDONDO-VASQUEZ** § § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Felix Valenzuela, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 5th day of March, 2025.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE